UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TNA AUSTRALIA PTY LIMITED<br>and TNA NORTH AMERICA, INC.,<br>　　Plaintiffs,<br>v.<br>PPM TECHNOLOGIES INC,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§ | No. 3:17-CV-642-M |

## SETTLEMENT REPORT

The District Court referred this case to the United States Magistrate Judge for a settlement conference. The Court held a settlement conference on Tuesday, October 10, 2017, at 10:00 a.m. Although the parties and their counsel appeared and conducted settlement negotiations in good faith, the parties were not able to settle.

**SIGNED**, this 10 day of October, 2017.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE